UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL ARDEN JONES,

       Petitioner,

-against-

ACTING WARDEN OF OBCC NED McCormack,

       Respondent.

23-CV-8296 (LTS)

CIVIL JUDGMENT

  For the reasons stated in the November 6, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 6, 2023
    New York, New York

            /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
            Chief United States District Judge